COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Margnus Obinna Ibe v. The State of Texas

Appellate case number:   01-12-00422-CR

Trial court case number:  11DCR056785A

Trial court:             268th District Court of Fort Bend County

This case was abated and remanded to the trial court on October 2, 2012. In the order of abatement, we ordered the trial court to admonish appellant regarding the dangers and disadvantages of self-representation, to determine whether appellant's counsel, George Powell, intended to represent appellant on appeal, to determine whether appellant is indigent, and to provide a deadline by which appellant would be required to hire counsel if counsel Powell was not intending to represent appellant and appellant was not indigent. The trial court held a hearing on our order of abatement on October 15, 2012. The district clerk has filed a supplemental clerk's record and the court reporter has filed a reporter's record of the hearing. The reporter's record shows that the trial court admonished appellant, found that appellant wished to pursue the appeal, found that appellant is not indigent, and found that counsel did not intend to represent appellant on appeal. The clerk's record contains the trial court's order granting counsel's motion to withdraw. Finally, the reporter's record shows that appellant stated he would hire a new attorney. Accordingly, we REINSTATE this case on the Court's active docket.

Appellant's brief is ORDERED to be filed **no later than December 10, 2012**.

Appellee's brief, if any, is ORDERED to be filed no later than 30 days from the date of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Justice Jim Sharp, Jr.
                  ☐ Acting individually    ☐ Acting for the Court

Date: November 8, 2012